UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                        Case No. 08-CR-20601
                                        HON. GEORGE CARAM STEEH

SAM DAVIS KEMERKO, JR. (D-7),

      Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION
TO SEVER WITHOUT PREJUDICE [DOC. 183]

Defendant Sam Davis Kemerko filed this motion requesting that he be severed from the other 21 co-defendants.  Based on the discovery provided so far, defendant has failed to show that he will suffer prejudice if the Court does not sever.  Fed.R.Crim.P. 14.  Now, therefore,

IT IS HEREBY ORDERED that defendant's motion to sever is DENIED WITHOUT PREJUDICE.

Dated:  September 17, 2009

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 17, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk